# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| CoreCivic, Inc.,<br><br>                Plaintiff,<br><br>v.<br><br>Great American Insurance Company of Ohio,<br><br>                Defendant. | CV 19-03445-PHX-JAT<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Upon consideration of the parties' Stipulation to Dismiss with Prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss with Prejudice (Doc. 20) is GRANTED.

**IT IS FURTHER ORDERED** that this case is dismissed WITH PREJUDICE, with each party to bear their own attorneys' fees and costs; the parties shall not seek reimbursement of their costs or attorneys' fees from any other party.

**IT IS FURTHER ORDERED** that the Rule 16 conference set for January 8, 2020 is vacated.

Dated this 7th day of January, 2020.

_____
James A. Teilborg
Senior United States District Judge